UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **TYSON SMITH** | * | **CIVIL ACTION NO. 11-0894** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **HASTINGS FIBER GLASS PRODUCTS, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Court having considered and found that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted, and for those additional reasons set forth in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the amended complaint-in-intervention [Doc. No. 65] filed by Newton B. Schwartz, Sr. ("Schwartz") be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Schwartz's voluntary motion for partial dismissal [Doc. No. 75] is DENIED AS MOOT.

MONROE, LOUISIANA, this 11th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE